UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Debtor
RICARDO RIVERA                                  Case No: 16-bk-03716-ABB

## CHAPTER 13 PLAN

**CHECK ONE:**

_____ Debtor[1] certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken.

__x__ The Plan contains provisions that are specific to this Plan in paragraph 9, Nonconforming Provisions. Any nonconforming provision not set forth in paragraph 9 is deemed stricken.

1. **MONTHLY PLAN PAYMENTS.** Plan payments include the Trustee's fee of 10% and shall begin 30 days from petition filing/conversion date. Debtor shall make payments to the Trustee for the period of 60 months. If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payment under the plan and may cause an increased distribution to the unsecured class of creditors:

(A)    $1,400.00 for months 1 through 60 (July 3, 2016- June 3, 2021)

2.    **ADMINISTRATIVE ATTORNEY'S FEES.**

Base Fee $4,500.00    Total Paid Prepetition $1,500.00    Balance Due $<u>3000.00</u>

**Estimated Additional Fees Subject to Court Approval** $50.00 per month monitoring fee starting in month 10.

**Attorney's Fees Payable through Plan $3000.00; $150.00 for months 1-10; $30.00 11-60.**

---

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

3. **PRIORITY CLAIMS (as defined in 11 U.S.C. § 507).**

**None.**

4. **TRUSTEE FEES.** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

5. **SECURED CLAIMS.** Pre-confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments.

(A) **Claims Secured by Real Property Which Debtor Intends to Retain/ Mortgage Payments and Arrears, if any, Paid through the Plan.** If the Plan provides for curing prepetition arrearages on a mortgage, Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly postpetition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the postpetition mortgage payments on the following mortgage claims:

| Last 4 Digits of Acct No. | Creditor | Collateral Description | Regular Payment | Arrearages |
|---|---|---|---|---|
| 2761 | Calibur | 112 E. Jackson St. | $487.68 | $975.36 |
| 7763 | HSBC | 112 E. Jackson St. | $586.20 | $1758.60 |

(B) **Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification.** Pending the resolution of a mortgage modification request, Debtor shall make the following adequate protection payments to the Trustee: (1) for *homestead* property, the lesser of 31% of gross disposable monthly income of Debtor and non-filing spouse, if any (after deducting homeowners association fees), or the normal monthly contractual mortgage payment, or (2) for *non-homestead*, income-producing property, 75% of the gross rental income generated from the property:

**None.**

(C) **Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES.** Under 11 U.S.C. § 1322(b)(2), this provision does not apply to a claim secured solely by Debtor's principal residence. A separate motion to determine secured status or to value the collateral must be filed. The secured portion of the claim, estimated below, shall be paid:

**None.**

(D) **Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY.** Claims of the following secured creditors shall be paid in full with interest:

None.

**(E) Claims Secured by Personal Property – Maintaining Regular Payments and Curing Arrearages, if any, with All Payments in Plan.**

| Last 4 Digits of Acct No. | Creditor | Collateral Description | Regular Payment | Arrearages |
|---|---|---|---|---|
| 3008 | Navy FCU | 2007 Hummer H2 S | $631.19 | |

**(F) Secured Claims/Lease Claims Paid Direct by Debtor.** The following secured claims/lease claims are being made via automatic debit/draft from Debtor's depository account and are to continue to be paid direct to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights. (Note: The Plan must provide for the assumption of lease claims that Debtor proposes to pay direct in the Lease/Executory Contract Section 6 below.)

None.

**(G) Liens to be Avoided per 11 U.S.C. § 522/Stripped Off per 11 U.S.C. § 506.** A separate motion to avoid a lien under § 522 or to determine secured status and to strip a lien under § 506 must be filed.

None.

**(H) Surrender of Collateral/Leased Property.** Debtor will surrender the following collateral/leased property. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. (Note: The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.)

**Home Depot Card Services** ------- $12,014.00 (appliances)
**Military Star Exchange Prog**____ $ 7,836.81  (electronics)

6. **LEASES/EXECUTORY CONTRACTS.**

None.

7. **GENERAL UNSECURED CREDITORS.** General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid under a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors shall be no less than $5,667.20.

8. **ADDITIONAL PROVISIONS:**

   (A)   Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims:

   (B)   Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as allowed by an Order of the Bankruptcy Court. (C)   Property of the estate (check one)*

        (1)   _____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

        (2)   \_\_x\_\_ shall vest in Debtor upon confirmation of the Plan.

*If Debtor fails to check (1) or (2) above, or if Debtor checks both (1) and (2), property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

   (D)   The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief and/or the proofs of claim as filed and allowed. The Trustee shall only pay creditors with filed and allowed proof of claims. An allowed proof of claim will control, unless the Court orders otherwise.

   (E)   The Debtor may attach a summary or spreadsheet to provide an estimate of anticipated distributions. The actual distributions may vary. If the summary or spreadsheet conflicts with this Plan, the provisions of the Plan control prior to confirmation, after which time the Order Confirming Plan shall control.

   (F)   Debtor shall timely file all tax returns and make all tax payments and deposits when due. (However, if Debtor is not required to file tax returns, Debtor shall provide Trustee with a statement to that effect.) For each tax return that becomes due after the case is filed, Debtor shall provide a complete copy of the tax return, including business returns if Debtor owns a business, together with all related W-2s and Form 1099s, to the Trustee within 14 days of filing the return. Unless otherwise ordered by the Court, Debtor shall turn over to the Trustee all tax refunds in addition to regular Plan payments. Debtor shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability. **Debtor shall spend no tax refunds without prior court approval.**

## 9. NONCONFORMING PROVISIONS:

Please see the attached plan spreadsheet.

/S/ RICARDO RIVERA
    Debtor                                                 Dated: 6/17/16

### CERTIFICATE OF SERVICE
I HEREBY CERTIFY a true and correct copy of the foregoing was furnished on or before June 20, 2016 by U.S. Mail, and/or by CM/ECF pursuant to Local Rule 7005-3 to all of the creditors on the attached mailing matrix.

### Rule 7005-3
### SERVICE BY ELECTRONIC MEANS UNDER RULE 5(b)(2)(D)
A party may make service under Rule 5 (b) (2) (D) of the Federal Rules of Civil Procedure through the Court's electronic transmission facilities if the party being served is a Filing User or otherwise consents in writing to electronic service.

/s/ ERIN E. TUDHOPE, ESQ.
Erin E. Tudhope, Esquire
823 Irma Avenue
Orlando, Florida 32803
Telephone: (407) 969-0044
Telecopy: (407) 872-2266
Florida Bar No.: 042702
Attorney for the Debtor

| DUE DATE | | 16-03716 RIVERA Unsecured | | Debtor Pmt | 10.0% Tee Fee | | ATTY | | ATTY monitoring | CALIBER first mortgage | CALIBER Arrears | HSBC 2nd mort |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 36 | | 60 | | | $7,900.00 | | | | | |
| 7/3/2016 | 1 | $36.12 | | $1,400.00 | $140.00 | | $150.00 | | | $487.68 | $16.26 | $586.20 |
| 8/3/2016 | 2 | $36.12 | | $1,400.00 | $140.00 | | $150.00 | | | $487.68 | $16.26 | $586.20 |
| 9/3/2016 | 3 | $36.12 | | $1,400.00 | $140.00 | | $150.00 | | | $487.68 | $16.26 | $586.20 |
| 10/3/2016 | 4 | $36.12 | | $1,400.00 | $140.00 | | $150.00 | | | $487.68 | $16.26 | $586.20 |
| 11/3/2016 | 5 | $36.12 | | $1,400.00 | $140.00 | | $150.00 | | | $487.68 | $16.26 | $586.20 |
| 12/3/2016 | 6 | $36.12 | | $1,400.00 | $140.00 | | $150.00 | | | $487.68 | $16.26 | $586.20 |
| 1/3/2017 | 7 | $36.12 | | $1,400.00 | $140.00 | | $150.00 | | | $487.68 | $16.26 | $586.20 |
| 2/3/2017 | 8 | $36.12 | | $1,400.00 | $140.00 | | $150.00 | | | $487.68 | $16.26 | $586.20 |
| 3/3/2017 | 9 | $36.12 | | $1,400.00 | $140.00 | | $150.00 | | | $487.68 | $16.26 | $586.20 |
| 4/3/2017 | 10 | $36.12 | | $1,400.00 | $140.00 | 10 at | $150.00 | 10 at | | $487.68 | $16.26 | $586.20 |
| 5/3/2017 | 11 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 6/3/2017 | 12 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 7/3/2017 | 13 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 8/3/2017 | 14 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 9/3/2017 | 15 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 10/3/2017 | 16 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 11/3/2017 | 17 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 12/3/2017 | 18 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 1/3/2018 | 19 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 2/3/2018 | 20 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 3/3/2018 | 21 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 4/3/2018 | 22 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 5/3/2018 | 23 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 6/3/2018 | 24 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 7/3/2018 | 25 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 8/3/2018 | 26 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 9/3/2018 | 27 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 10/3/2018 | 28 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 11/3/2018 | 29 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 12/3/2018 | 30 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 1/3/2019 | 31 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 2/3/2019 | 32 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 3/3/2019 | 33 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 4/3/2019 | 34 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 5/3/2019 | 35 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 6/3/2019 | 36 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 7/3/2019 | 37 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 8/3/2019 | 38 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 9/3/2019 | 39 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 10/3/2019 | 40 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 11/3/2019 | 41 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 12/3/2019 | 42 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 1/3/2020 | 43 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 2/3/2020 | 44 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 3/3/2020 | 45 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 4/3/2020 | 46 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 5/3/2020 | 47 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 6/3/2020 | 48 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 7/3/2020 | 49 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 8/3/2020 | 50 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 9/3/2020 | 51 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 10/3/2020 | 52 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 11/3/2020 | 53 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 12/3/2020 | 54 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 1/3/2021 | 55 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 2/3/2021 | 56 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 3/3/2021 | 57 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 4/3/2021 | 58 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 5/3/2021 | 59 | $106.12 | | $1,400.00 | $140.00 | | $30.00 | | $50.00 | $487.68 | $16.26 | $586.20 |
| 6/3/2021 | 60 | $106.12 | 60 at | $1,400.00 | $140.00 | 50 at | $30.00 | 50 at | $50.00 | $487.68 | $16.26 | $586.20 |
| | | $5,667.20 | | $84,000.00 | $8,400.00 | | $3,000.00 | | $2,500.00 | $29,260.80 | $975.60 | $35,172.00 |
| | | $113,665.12 | | | | | $3,000.00 | | | $31,515.63 | $975.36 | $32,831.20 |
| | | 5% | | | | | | | | | | |

| DUE DATE | | HSBC ARREARS | NAVY FCU |
|---|---|---|---|
| | 36 | | |
| 7/3/2016 | 1 | $29.32 | $631.19 |
| 8/3/2016 | 2 | $29.32 | $631.19 |
| 9/3/2016 | 3 | $29.32 | $631.19 |
| 10/3/2016 | 4 | $29.32 | $631.19 |
| 11/3/2016 | 5 | $29.32 | $631.19 |
| 12/3/2016 | 6 | $29.32 | $631.19 |
| 1/3/2017 | 7 | $29.32 | $631.19 |
| 2/3/2017 | 8 | $29.32 | $631.19 |
| 3/3/2017 | 9 | $29.32 | $631.19 |
| 4/3/2017 | 10 | $29.32 | $631.19 |
| 5/3/2017 | 11 | $29.32 | $631.19 |
| 6/3/2017 | 12 | $29.32 | $631.19 |
| 7/3/2017 | 13 | $29.32 | $631.19 |
| 8/3/2017 | 14 | $29.32 | $631.19 |
| 9/3/2017 | 15 | $29.32 | $631.19 |
| 10/3/2017 | 16 | $29.32 | $631.19 |
| 11/3/2017 | 17 | $29.32 | $631.19 |
| 12/3/2017 | 18 | $29.32 | $631.19 |
| 1/3/2018 | 19 | $29.32 | $631.19 |
| 2/3/2018 | 20 | $29.32 | $631.19 |
| 3/3/2018 | 21 | $29.32 | $631.19 |
| 4/3/2018 | 22 | $29.32 | $631.19 |
| 5/3/2018 | 23 | $29.32 | $631.19 |
| 6/3/2018 | 24 | $29.32 | $631.19 |
| 7/3/2018 | 25 | $29.32 | $631.19 |
| 8/3/2018 | 26 | $29.32 | $631.19 |
| 9/3/2018 | 27 | $29.32 | $631.19 |
| 10/3/2018 | 28 | $29.32 | $631.19 |
| 11/3/2018 | 29 | $29.32 | $631.19 |
| 12/3/2018 | 30 | $29.32 | $631.19 |
| 1/3/2019 | 31 | $29.32 | $631.19 |
| 2/3/2019 | 32 | $29.32 | $631.19 |
| 3/3/2019 | 33 | $29.32 | $631.19 |
| 4/3/2019 | 34 | $29.32 | $631.19 |
| 5/3/2019 | 35 | $29.32 | $631.19 |
| 6/3/2019 | 36 | $29.32 | $631.19 |
| 7/3/2019 | 37 | $29.32 | $631.19 |
| 8/3/2019 | 38 | $29.32 | $631.19 |
| 9/3/2019 | 39 | $29.32 | $631.19 |
| 10/3/2019 | 40 | $29.32 | $631.19 |
| 11/3/2019 | 41 | $29.32 | $631.19 |
| 12/3/2019 | 42 | $29.32 | $631.19 |
| 1/3/2020 | 43 | $29.32 | $631.19 |
| 2/3/2020 | 44 | $29.32 | $631.19 |
| 3/3/2020 | 45 | $29.32 | $631.19 |
| 4/3/2020 | 46 | $29.32 | $631.19 |
| 5/3/2020 | 47 | $29.32 | $631.19 |
| 6/3/2020 | 48 | $29.32 | $631.19 |
| 7/3/2020 | 49 | $29.32 | $631.19 |
| 8/3/2020 | 50 | $29.32 | $631.19 |
| 9/3/2020 | 51 | $29.32 | $631.19 |
| 10/3/2020 | 52 | $29.32 | $631.19 |
| 11/3/2020 | 53 | $29.32 | $631.19 |
| 12/3/2020 | 54 | $29.32 | $631.19 |
| 1/3/2021 | 55 | $29.32 | $631.19 |
| 2/3/2021 | 56 | $29.32 | $631.19 |
| 3/3/2021 | 57 | $29.32 | $631.19 |
| 4/3/2021 | 58 | $29.32 | $631.19 |
| 5/3/2021 | 59 | $29.32 | $631.19 |
| 6/3/2021 | 60 | **$29.32** | $631.19 |
| | | $1,759.20 | |
| | | $1,758.60 | $27,582.62 |

```
Label Matrix for local noticing          Ricardo Rivera                         (p)CREDITORS BANKRUPTCY SERVICE
113A-6                                   112 E. Jackson Street                  PO BOX 800849
Case 6:16-bk-03716-ABB                   Kissimmee, FL 34744-1818               DALLAS TX 75380-0849
Middle District of Florida
Orlando
Fri Jun 17 15:33:33 EDT 2016

AAFES                                    Caliber Home Loans                     Florida Department of Revenue
Headquarters Army & Air Forc             P.O. Box 24610                         Bankruptcy Unit
Dallas, TX 75266-0202                    Oklahoma City, OK 73124-0610           Post Office Box 6668
                                                                                Tallahassee FL 32314-6668

HSBC Home Mortgage                       Home Depot Credit Card Svc             Home Depot Project Loan
P.O. Box 1231                            P.O. Box 790328                        P.O. Box 29429
Brandon, FL 33509-1231                   Saint Louis, MO 63179-0328             Atlanta, GA 30359-0429

Internal Revenue Service                 Military Star Exchange Prog            Navy Federal Credit Union
Post Office Box 7346                     P.O. Box 650410                        P.O. Box 3502
Philadelphia PA 19101-7346               Dallas, TX 75265-0410                  Merrifield, VA 22119-3502

Navy Federal Credit Union                Osceola County Tax Collector           The Home Depot Card Services
PO Box 3500                              Attn:  Patsy Heffner                   P.O. Box 9001010
Merrifield, VA 22119-3500                Post Office Box 422105                 Louisville, KY 40290-1010
                                         Kissimmee FL 34742-2105

USAA                                     Laurie K Weatherford +                 United States Trustee - ORL7/13 7+
9800 Fredericksburg Road                 Post Office Box 3450                   Office of the United States Trustee
San Antonio, TX 78288-0002               Winter Park, FL 32790-3450             George C Young Federal Building
                                                                                400 West Washington Street, Suite 1100
                                                                                Orlando, FL 32801-2210

Erin E Tudhope +
Tudhope Law
823 Irma Avenue
Orlando, FL 32803-3806
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
AAFES                                    End of Label Matrix
Attn: GC-G/R                             Mailable recipients    18
PO Box 650060                            Bypassed recipients     0
Dallas, TX 75265-0060                    Total                  18
```